No. 3954.—Pueblo, apldo., *v.* Laino, aplte.—C. D. Ponce. Portar armas. Diciembre 23, 1929.

Apareciendo que no existe justa causa para permitir el archivo del alegato después de vencido con exceso el término (y de pedida la desestimación), sin existir algún motivo extraordinario se negó el permiso solicitado y se desestimó el recurso, por abandono.